**Order entered October 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01036-CR

### CHRISTOPHER MICHAEL MONTGOMERY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F17-00182-H**

## ORDER

Before the Court is the October 13, 2017 request of court reporter Crystal R. Jones for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** from the date of this order.

/s/  LANA MYERS
    JUSTICE